---



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CHAPTER 13 PROCEEDING
CHRISTINE Y. SULLIVAN AKA                                 CASE NO. 14-10490-JDW
CHRISTINE YOUNG SULLIVAN, DEBTOR

NATIONSTAR MORTGAGE LLC                                   PLAINTIFF

VS.

CHRISTINE Y. SULLIVAN AKA                                 DEFENDANTS
CHRISTINE YOUNG SULLIVAN, DEBTOR
AND
DORIS JANET HOLLAND AND MELVIN
HOLLAND, SR.,  CO-DEBTORS

### AGREED ORDER
### DOCKET NOS. 28 AND 34

THIS CAUSE came on for consideration on the Motion to Lift Automatic Stay [dkt. 28],

filed by Nationstar Mortgage LLC, and the Response [dkt. 34], filed by the Debtor, and the Court

has been advised that the parties have reached the following agreement:

1.      The Co-Debtors failed to appear or respond to the Motion for Relief, and

therefore, the Automatic Stay will be modified as to the Co-Debtors, pursuant to 11 U.S.C.

Section 1301 as set forth in this Agreed Order.

2.      Debtor's Chapter 13 Plan shall be and is hereby amended by adding the post-

petition arrears for the months of October, 2016 through September, 2017, including an

additional $550.00 for attorney fees and $181.00 for filing fees for an additional amount due of $3,056.94.

3.     The ongoing post-petition monthly mortgage payments shall commence on October 1, 2017, in the amount of $202.05, to be paid directly by Debtor to Nationstar Mortgage LLC.

4.     The Chapter 13 Trustee is hereby authorized to amend the Debtor(s) wage order and/or plan payment as necessary to account for the added debt, so that the Debtor(s) plan can complete as originally proposed or as modified prior to the entry of this order.

5.     Should the Debtor fail to pay any of the post-petition monthly mortgage payments to Nationstar Mortgage LLC, as and when same becomes due and should said delinquency continue for more than thirty (30) days thereafter then at the end of said thirty-day period Plaintiff shall give Debtor, Debtor's Attorney and Trustee a 15-day Notice of Default, during which time Debtor may reinstate by paying to Plaintiff all post-petition arrearage that is due.

6.     If the delinquency is not cured within the 15-day period, the Automatic Stay shall be lifted without further order of this Court.

7.     In the event that the Automatic Stay is lifted, Nationstar Mortgage LLC may pursue all remedies available to it under applicable state law against Debtor's property described as follows:

The land referred to in this policy is situated in the State of Mississippi, County of Lee, City of Tupelo, and described as follows:

Lots 10 and 11, Block 2, Harrisburg Heights Addition, according to the plan of survey of said addition recorded in Deed Book 167 at Page 134, in the Chancery Clerk's office of Lee County, Mississippi, said land lying and being in the Northwest Quarter (NW 1/4) of Section 36, Township 9 South, Range 5 East, City of Tupelo, Lee County, Mississippi.

and being subject to that Deed of Trust recorded in the Lee County Chancery Clerk's office in Instrument No. 2007015962.

8.     Should the automatic stay be lifted as herein provided, the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. Section 544(b).

8.      Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent conversion of this case to any other Chapter under the Bankruptcy Code.

**##END OF ORDER##**

AGREED TO:

/s/ Laura Henderson-Courtney, MSB #2266
_____
Laura Henderson-Courtney Attorney for Plaintiff

_____
Selene D. Maddox, Attorney for Debtor

_____
Terre M. Vandaman, Chapter 13 Trustee

Presented by:
J. Gary Massey, MSB#1920
Bradley P. Jones, MSB#9731
Laura Henderson-Courtney, MSB#2266
SHAPIRO & MASSEY, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601)981-9762
E-mail:  msbankruptcy@logs.com
BK Case No. 14-10490-JDW

**AGREED ORDER BREAKDOWN**

Chapter 13

IN RE: Christine Y. Sullivan
aka Christine Young Sullivan

BK CASE NO: 14-10490-JDW

| | | X Monthly | | | |
|---|---|---|---|---|---|
| 10/2016 - 9/2017 | No. of Months 12 | Payment of | $200.32 | = | $2,403.84 |
| | Unapplied/Suspense | | | = | $77.90 |
| | Court allowed Bankruptcy Atty Fees | | | | $550.00 |
| | Court allowed Bankruptcy Atty Costs | | | | $181.00 |
| | **TOTAL** | | | **=** | **$3,056.94** |